ACCEPTED
14-14-00885-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 3:48:02 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00885-CR

IN THE COURT OF APPEALS

FOR THE FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/16/2015 3:48:02 PM
CHRISTOPHER A. PRINE
Clerk

LUTHER KARL FERGUSON,
 Appellant

vs.

THE STATE OF TEXAS, Appellee

§
§
§
§
§
§
§
§
§

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

ON APPEAL FROM CAUSE NO. 1423099

IN THE 183rd DISTRICT COURT OF HARRIS COUNTY, TEXAS

Thomas J. Lewis
State Bar No. 12308540
1601 Washington Ave.
Houston, Texas 77007
Phone: (713) 256-6779
Fax:    (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW LUTHER KARL FERGUSON, APPELLANT, and moves the Court to extend the time for filing a brief herein, and in support thereof would show as follows:

I.

Appellant was convicted of the offense of Burglary of a Habitation with Intent to Commit Theft and sentenced on October 20, 2014 to a term of 45 years in prison.

II.

The brief herein is due on January 14, 2015. Appellant's counsel is a sole practitioner and is currently preparing briefs on two other cases. Appellant's counsel is also preparing for three felony jury trials in the months of January and February, 2015.

III.

Appellant counsel requests an extension of 60 days, making the brief due on March 12, 2015, so the Appellant may receive effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Court to grant this Motion and extend the time for the filing of a brief herein.

Respectfully submitted,

_____

Thomas J. Lewis
State Bar No. 12308540
1602 Washington Ave.
Houston, Texas 77007
Phone:      (713) 256-6779
Fax:          (713) 861-2951
E-Mail: tjlaw2@comcast.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I the undersigned attorney certify that a true copy of the foregoing was served on the District Attorney of Harris County, Texas, by e-mail delivery to Curry_Alan@dao.hctx.net on this the 15th day of January , 2015.

_____

Thomas J. Lewis